IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


PETER HERNANDEZ,

    Petitioner,

v.                                                             3:10cv109-WS

UNITED STATES DEPARTMENT
OF JUSTICE, BUREAU OF JUSTICE
PROGRAMS, JUSTICE STATISTICS
DIVISION,

    Respondent.

_____

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed February 2, 2011. See Doc. 22. The magistrate judge recommends that the respondent's "Motion to Strike and Dismiss or, in the Alternative, Motion for Summary Judgment" (doc. 13) be GRANTED. The petitioner has filed objections (doc. 23) to the report and recommendation.

Having carefully considered the report and recommendation in light of the petitioner's objections, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2. The respondent's "Motion to Strike and Dismiss or, in the Alternative, Motion for Summary Judgment" (doc. 13) is GRANTED.

3. The petitioner's "Motion to Strike Defense as Insufficient and for Summary Judgment (doc. 18) is DENIED.

4. The clerk shall enter judgment in the respondent's favor.

DONE AND ORDERED this __28th__ day of __February__, 2011.

                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE